IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01322-EWN-PAC

STEPHEN WALTER PHILLIPS,

    Plaintiff(s),

v.

THE PEPSI BOTTLING GROUP,

    Defendant(s).

---

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Joint Motion for Entry of Stipulated Protective Order is **GRANTED.** The attached Stipulated Protective Order is made an Order of the Court this date.

Dated: December 12, 2005