IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01322-EWN-PAC

STEPHEN WALTER PHILLIPS,

    Plaintiff(s),

v.

THE PEPSI BOTTLING GROUP,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Joint Motion to Amend Scheduling Order [filed February 7, 2006; Doc. No. 24] is **GRANTED** as follows:

    Discovery is extended to **February 20, 2006**, for the sole purpose of deposing Mr. Beijer and Ms. St. Jean on February 17, 2006.

Dated:  February 10, 2006