IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01322–EWN–PAC

STEPHEN WALTER PHILLIPS,

      Plaintiff,

v.

THE PEPSI BOTTLING GROUP,

      Defendant.

---

**ORDER**

---

This matter is before the court on "Plaintiff's Motion to Conduct Alternative Discovery Regarding the May 10, 1999 Letter and Beijer Deposition," filed February 21, 2007.  Therein, Plaintiff asks the court to revise its February 13, 2007 order, which continued summary judgment proceedings and authorized Plaintiff to engage in limited discovery into newly raised evidence. Plaintiff proposes that the discovery and summary judgment deadlines set forth in that order be extended and that he be allowed additional discovery beyond what the February 13 order specifically authorized.

If the limited discovery this court authorized is narrower than Plaintiff would like, he has no one to blame but himself, since his motion for continuance contained only the vague request that he be allowed to "take depositions and engage in written discovery."  The court granted

Plaintiff's initial motion for continuance reluctantly, balancing Plaintiff's entitlement to confront

Defendant's explanation of two late-produced documents against the court's understanding that

neither the documents nor further discovery would undermine Defendant's stance on summary

judgment.  In light of the fact that Defendant had withheld the documents, the court decided that

the equities tipped — barely — in Plaintiff's favor.  Thus, the court afforded Plaintiff the limited

opportunity to re-depose two witnesses and request a particular set of documents.  Plaintiff is

entitled to nothing more.

Based on the foregoing it is therefore ORDERED that:

PLAINTIFF's motion (#49) is DENIED.

Dated this 27th day of February, 2007

BY THE COURT:


s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge